**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:12-cv-08294 |
| JOSEPH S. DUFFY, HANN FUNERAL HOME, THERESA H. LULEK, JOHN OR JANE DOE #1 THE UNKNOWN ADMINISTRATOR OF THE ESTATE OF MARY JANE DUFFY, DECEASED, AND JOHN OR JANE DOES #2-10, | ) ) ) ) ) ) ) | |
| Defendants. | | |

**MOTION FOR JUDGMENT IN FAVOR OF THERESA H. LULEK**

NOW COMES the Defendant, THERESA H. LULEK, by and through her attorney, Richard H. Balog, for her Motion for Judgment on the pleadings and in support thereof states as follows:

1. That on February 11, 2013, the Defendant, THERESA H. LULEK, filed her Answer to the Amended Complaint for Interpleader by Hartford Life and Accident Insurance Company.

2. That on February 12, 2013, a Default Judgment was entered against Hann Funeral Home, and Joseph S. Duffy.

3. That the Defendants, Hann Funeral Home and Joseph S. Duffy, have not answered and otherwise plead.

**WHEREFORE**, THERESA H. LULEK prays that this Honorable Court:

A. Enter a judgment on behalf of the Defendant, THERESA H. LULEK;

B. That the monies being held be turned over to the Defendant, THERESA H. LULEK;

C. And for such other and further relief that this Court deems appropriate, meet and just.

        Respectfully submitted,
        THERESA H. LULEK


        By: /s/ Richard H. Balog
            Attorney for Defendant

**RICHARD H. BALOG**
*Attorney at Law*
Law Firm of Richard H. Balog
111 East Side Drive
Geneva, IL 60134
630-208-6868
Attorney No. 104345